**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:01 CR 422-1** |
| | ) | |
| | ) | **JUDGE PETER C. ECONOMUS** |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **HAROLD F. BRIGGS,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

Magistrate Judge Gallas filed a Report and Recommendation (Dkt. # 27) in this matter recommending that the Court find that the Defendant violated the terms of his supervised release. As neither party objected to the Report and Recommendation it is hereby **ADOPTED**. By consent of the parties, the sentencing hearing scheduled for July 30, 2008 is hereby continued and will be rescheduled by the Court.

**IT IS SO ORDERED.**

                                       **/ s / Peter C. Economus  - July 31, 2008**
                                       **PETER C. ECONOMUS**
                                       **UNITED STATES DISTRICT JUDGE**